IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:13-cr-33-MW/CAS-4

ANDRE THOMAS,

    Defendant.

_____

ORDER GRANTING MOTION FOR
EARLY TERMINATION OF PROBATION

The Court has considered, without hearing, Defendant's unopposed Motion for Early Termination of Probation, ECF No. 190, filed March 27, 2014. The motion is **GRANTED**. Defendant's probation is hereby terminated.

SO ORDERED on March 27, 2014.

                                                              s/Mark E. Walker
                                                              **United States District Judge**